United States District Court
Southern District of Texas
**ENTERED**
March 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INFRASOURCE CONSTRUCTION, L.L.C., D/B/A QS MATS,, §<br>*Plaintiff,* §<br>§<br>V. §<br>§<br>STURGIS MAT COMPANY, INC., §<br>*Defendant.* § | CIVIL ACTION NO. 4:19-cv-2672 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 26, 2021 (ECF 40) and the objections thereto (ECF 41, 42), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court. Plaintiff's right to recover interest and the amount of any interest are not addressed in the Memorandum and Recommendation and remain for trial.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation (ECF 40) is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this __30th__ day of March, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE